15 So.3d 862 (2009)
Victoria L. MOORE, Appellant,
v.
FLORIDA UNEMPLOYMENT APPEALS COMMISSION and Stephen T. Holman, PA, Appellees.
No. 1D09-3216.
District Court of Appeal of Florida, First District.
July 30, 2009.
*863 Victoria L. Moore, pro se, Appellant.
Geri Atkinson-Hazelton, General Counsel, Tallahassee, for Appellees.
PER CURIAM.
DISMISSED. See Raysor v. Raysor, 706 So.2d 400 (Fla. 1st DCA 1998).
BARFIELD, ALLEN, and DAVIS, JJ., concur.